**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
■ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---------|-------------------|

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Jamal**<br>First name<br><br>**F.**<br>Middle name<br><br>**Rashid**<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. |  |  |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-7856 |  |

Debtor 1    **Jamal F. Rashid**                                                Case number *(if known)*

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

About Debtor 1:

■ I have not used any business name or EINs.

Business name(s)
_____

EIN
_____

About Debtor 2 (Spouse Only in a Joint Case):

☐ I have not used any business name or EINs.

Business name(s)
_____

EIN
_____

---

**5.** **Where you live**

**4311 E. Oquendo Rd.**
**Las Vegas, NV 89120**
Number, Street, City, State & ZIP Code

**Clark**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

_____
Number, Street, City, State & ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

---

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)
_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)
_____

Debtor 1    **Jamal F. Rashid**                                                        Case number *(if known)*

| Part 2: | **Tell the Court About Your Bankruptcy Case** |

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☒ Chapter 13

**8. How you will pay the fee**

- ☒ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ☒ No.
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☒ No
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Do you rent your residence?**

- ☒ No.    Go to line 12.
- ☐ Yes.    Has your landlord obtained an eviction judgment against you?

  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

Debtor 1    **Jamal F. Rashid**                                              Case number *(if known)*

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |

**12.** **Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____

Name of business, if any

_____

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

---

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor or a debtor as defined by 11 U.S.C. § 1182(1)?***

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.    What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____

Number, Street, City, State & Zip Code

---

Debtor 1    **Jamal F. Rashid**

Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Jamal F. Rashid**                                              Case number *(if known)*

## Part 6:    Answer These Questions for Reporting Purposes

| | | |
|---|---|---|
| **16.** | **What kind of debts do you have?** | **16a.** |

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☑ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

_____

**17.** **Are you filing under Chapter 7?**

☑ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18.** **How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19.** **How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☑ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20.** **How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

## Part 7:    Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Jamal F. Rashid**
_____          _____
**Jamal F. Rashid**                                 Signature of Debtor 2
Signature of Debtor 1

Executed on    **January 13, 2021**            Executed on  _____
                   MM / DD / YYYY                                          MM / DD / YYYY

Debtor 1    **Jamal F. Rashid**

Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ George Haines, Esq.**
Signature of Attorney for Debtor

Date    **January 13, 2021**
MM / DD / YYYY

**George Haines, Esq.**
Printed name

**Freedom Law Firm, LLC**
Firm name

**8985 S. Eastern Avenue**
**Suite 350**
**Las Vegas, NV 89123**
Number, Street, City, State & ZIP Code

Contact phone    **(702) 880-5554**

Email address    **info@freedomlegalteam.com**

**9411 NV**
Bar number & State

---

**Voluntary Petition for Individuals Filing for Bankruptcy**

Jamal F. Rashid
4311 E. Oquendo Rd.
Las Vegas, NV 89120

George Haines, Esq.
Freedom Law Firm, LLC
8985 S. Eastern Avenue
Suite 350
Las Vegas, NV 89123

A Pro Plumbing Supply
3580 Polaris Ave. Unit 12
Las Vegas, NV 89103

Aaron`s Auto Group
9403 Glenoaks Blvd.
Sun Valley, CA 91352

Abir Cohen Treyzon Salo, LLP
16001 Ventura Blvd. Suite 200
Encino, CA 91436

AcctCorp
Acct No xxxxx50N1
4955 South Durango Drive
Suite 117
Las Vegas, NV 89113

AcctCorp
Acct No xxxxx50N1
4955 South Durango Drive
Suite 117
Las Vegas, NV 89113

AcctCorp
Acct No xxxxx50N1
4955 South Durango Drive
Las Vegas, NV 89113

AcctCorp
Acct No xxxxx50N1
4955 South Durango Drive
Las Vegas, NV 89113

Allen Henderson Pool
PO Box 335670
North Las Vegas, NV 89033

Allied Collection Services
Acct No xxxxx76N1
Attn: Bankruptcy
9301 Oakdale Avenue Suite 205
Chatsworth, CA 91311

Allied Collection Services
Acct No xxxxx77N1
Attn: Bankruptcy
9301 Oakdale Avenue Suite 205
Chatsworth, CA 91311

Allied Collection Services
Acct No xxxxx76N1
Attn: Bankruptcy
9301 Oakdale Avenue Suite 205
Chatsworth, CA 91311

Allied Collection Services
Acct No xxxxx77N1
Attn: Bankruptcy
9301 Oakdale Avenue Suite 205
Chatsworth, CA 91311

Allied Collection Services
Acct No xxxxx76N1
8550 Balboa Blvd
Northridge, CA 91325

Allied Collection Services
Acct No xxxxx77N1
8550 Balboa Blvd
Northridge, CA 91325

Allied Collection Services
Acct No xxxxx76N1
8550 Balboa Blvd
Northridge, CA 91325

Allied Collection Services
Acct No xxxxx77N1
8550 Balboa Blvd
Northridge, CA 91325

AllState
725 Canton St.
Norwood, MA 02062

Amber Walk
The Bloomfirm Attorneys at Law
26565 Agoura Road
Suite 200
Calabasas, CA 91302

Amex
Acct No xxxxxxxxxxx2263
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

Amex
Acct No xxxxxxxxxxxx2353
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

Amex
Acct No xxxxxxxxxxxx6203
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

Amex
Acct No xxxxxxxxxxxx2263
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

Amex
Acct No xxxxxxxxxxxx2353
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

Amex
Acct No xxxxxxxxxxxx6203
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

Amex
Acct No xxxxxxxxxxxx2263
P.o. Box 981537
El Paso, TX 79998

Amex
Acct No xxxxxxxxxxxx2353
P.o. Box 981537
El Paso, TX 79998

Amex
Acct No xxxxxxxxxxxx6203
P.o. Box 981537
El Paso, TX 79998

Amex
Acct No xxxxxxxxxxxx2263
P.o. Box 981537
El Paso, TX 79998

Amex
Acct No xxxxxxxxxxxx2353
P.o. Box 981537
El Paso, TX 79998

Amex
Acct No xxxxxxxxxxxx6203
P.o. Box 981537
El Paso, TX 79998

Angela Dabour


Anthony's Glass Inc
3955 W. Sunset Rd.
Ste 105
Las Vegas, NV 89118

Avery Scott
7859 Midnight Ride St.
Las Vegas, NV 89131

Bank of America
Acct No xxxxxxxxxxxx9703
Attn: Bankruptcy
Po Box 982234
El Paso, TX 79998

Bank of America
Acct No xxxxx7409
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

Bank of America
Acct No xxxxx7417
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

Bank of America
Acct No xxxxx7425
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

Bank of America
Acct No xxxxx2972
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

Bank of America
Acct No xxxxxxxxxxxx9703
Attn: Bankruptcy
Po Box 982234
El Paso, TX 79998

```
Bank of America
Acct No xxxxx7409
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

Bank of America
Acct No xxxxx7417
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

Bank of America
Acct No xxxxx7425
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

Bank of America
Acct No xxxxx2972
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

Bank of America
Acct No xxxxxxxxxxxx9703
Po Box 982238
El Paso, TX 79998

Bank of America
Acct No xxxxx7409
4909 Savarese Circle
Tampa, FL 33634

Bank of America
Acct No xxxxx7417
4909 Savarese Circle
Tampa, FL 33634

Bank of America
Acct No xxxxx7425
4909 Savarese Circle
Tampa, FL 33634

Bank of America
Acct No xxxxx2972
4909 Savarese Circle
Tampa, FL 33634

Bank of America
Acct No xxxxxxxxxxxx9703
Po Box 982238
El Paso, TX 79998
```

Bank of America
Acct No xxxxx7409
4909 Savarese Circle
Tampa, FL 33634

Bank of America
Acct No xxxxx7417
4909 Savarese Circle
Tampa, FL 33634

Bank of America
Acct No xxxxx7425
4909 Savarese Circle
Tampa, FL 33634

Bank of America
Acct No xxxxx2972
4909 Savarese Circle
Tampa, FL 33634

Biocorp Clinical Lab., Inc
16060 Ventura Blvd
Suite 105-353
Encino, CA 91436

Black & White Car Rental
1284 SOM Center Rd. Suite 338
Cleveland, OH 44124

Blackjack Blinds Inc., Geoff Wilcox
8550 W. Charleston Blvd. Suite #102-350
Las Vegas, NV 89117

Bmw Financial Services
Acct No xxxxxx4750
Attn: Bankruptcy
Po Box 3608
Dublin, OH 43016

Bmw Financial Services
Acct No xxxxxx8478
Attn: Bankruptcy
Po Box 3608
Dublin, OH 43016

Bmw Financial Services
Acct No xxxxxx2816
Attn: Bankruptcy
Po Box 3608
Dublin, OH 43016

```
Bmw Financial Services
Acct No xxxxxx4750
Attn: Bankruptcy
Po Box 3608
Dublin, OH 43016

Bmw Financial Services
Acct No xxxxxx8478
Attn: Bankruptcy
Po Box 3608
Dublin, OH 43016

Bmw Financial Services
Acct No xxxxxx2816
Attn: Bankruptcy
Po Box 3608
Dublin, OH 43016

Bmw Financial Services
Acct No xxxxxx4750
Po Box 3608
Dublin, OH 43016

Bmw Financial Services
Acct No xxxxxx8478
Po Box 3608
Dublin, OH 43016

Bmw Financial Services
Acct No xxxxxx2816
Po Box 3608
Dublin, OH 43016

Bmw Financial Services
Acct No xxxxxx4750
Po Box 3608
Dublin, OH 43016

Bmw Financial Services
Acct No xxxxxx8478
Po Box 3608
Dublin, OH 43016

Bmw Financial Services
Acct No xxxxxx2816
Po Box 3608
Dublin, OH 43016

Cedars-Sinai Physicians
1 Centerpointe Dr. Suite 450
La Palma, CA 90623
```

```
Chase Auto Finance
Acct No xxxxxxxxxx3506
Attn: Bankruptcy
Po Box 901076
Fort Worth, TX 76101

Chase Auto Finance
Acct No xxxxxxxxxx3506
Attn: Bankruptcy
Po Box 901076
Fort Worth, TX 76101

Chase Auto Finance
Acct No xxxxxxxxxx3506
P.o. Box 901003
Fort Worth, TX 76101

Chase Auto Finance
Acct No xxxxxxxxxx3506
P.o. Box 901003
Fort Worth, TX 76101

Chase Card Services
Acct No xxxxxxxxxxxx3238
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

Chase Card Services
Acct No xxxxxxxxxxxx3238
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

Chase Card Services
Acct No xxxxxxxxxxxx3238
Po Box 15369
Wilmington, DE 19850

Chase Card Services
Acct No xxxxxxxxxxxx3238
Po Box 15369
Wilmington, DE 19850

Chase Mortgage
Acct No xxxxxxxxx2260
Chase Records Center/Attn: Correspondenc
Mail Code LA4 5555  700 Kansas Ln
Monroe, LA 71203

Chase Mortgage
Acct No xxxxxxxxx2260
Chase Records Center/Attn: Correspondenc
Mail Code LA4 5555  700 Kansas Ln
Monroe, LA 71203
```

Chase Mortgage
Acct No xxxxxxxxx2260
700 Kansas Lane
Monroe, LA 71203

Chase Mortgage
Acct No xxxxxxxxx2260
700 Kansas Lane
Monroe, LA 71203

Cheryl Lynch
2101 Empire Ave.
Burbank, CA 91504

City of Long Beach
P.O. Box 22766
Long Beach, CA 90800

Closet World, Craig Powell
6680 Surrey St.
Las Vegas, NV 89119

Cohen, Roberts & Associates, LLC.
1284 SOM Center Rd. Suite 338
Cleveland, OH 44124

Convergent Outsourcing
800 SW 39th St. Suite 100
Renton, WA 98057

Cox Communications
800 SW 39 St. Suite 100
Renton, WA 98057

Credit Collection Services
725 Canton Street
Norwood, MA 02062

David Manzoor
Abir Cohen Treyzon Salo, LLP
16001 Ventura Blvd. Suite 200
Encino, CA 91436

Department of the Treasury IRS
PO Box 480
Holtsville, NY 11742

Department of Treasury IRS (Future Music
PO Box 500
Horseheads, NY 14845

```
Designed Receivable Solutions, Inc. / DR
Acct No xxxxxxxxxxxxx9924
Attn: Bankruptcy
1 Centerpointe Drive, Suite 450
La Palma, CA 90623

Designed Receivable Solutions, Inc. / DR
Acct No xxxxxxxxxxxxx9925
Attn: Bankruptcy
1 Centerpointe Drive, Suite 450
La Palma, CA 90623

Designed Receivable Solutions, Inc. / DR
Acct No xxxxxxxxxxxxx9924
Attn: Bankruptcy
1 Centerpointe Drive, Suite 450
La Palma, CA 90623

Designed Receivable Solutions, Inc. / DR
Acct No xxxxxxxxxxxxx9925
Attn: Bankruptcy
1 Centerpointe Drive, Suite 450
La Palma, CA 90623

Designed Receivable Solutions, Inc. / DR
Acct No xxxxxxxxxxxxx9924
10883 Valley View St.
Cypress, CA 90630

Designed Receivable Solutions, Inc. / DR
Acct No xxxxxxxxxxxxx9925
10883 Valley View St.
Cypress, CA 90630

Designed Receivable Solutions, Inc. / DR
Acct No xxxxxxxxxxxxx9924
10883 Valley View St.
Cypress, CA 90630

Designed Receivable Solutions, Inc. / DR
Acct No xxxxxxxxxxxxx9925
10883 Valley View St.
Cypress, CA 90630

Ditech
Acct No xxxx5088
Attn: Bankruptcy
Po Box 6172
Rapid City, SD 57709

Ditech
Acct No xxxxxxxxx1875
Attn: Bankruptcy
Po Box 6172
Rapid City, SD 57709
```

```
Ditech
Acct No xxxx5088
Attn: Bankruptcy
Po Box 6172
Rapid City, SD 57709

Ditech
Acct No xxxxxxxx1875
Attn: Bankruptcy
Po Box 6172
Rapid City, SD 57709

Ditech
Acct No xxxx5088
Po Box 6172
Rapid City, SD 57709

Ditech
Acct No xxxxxxxx1875
Po Box 6172
Rapid City, SD 57709

Ditech
Acct No xxxx5088
Po Box 6172
Rapid City, SD 57709

Ditech
Acct No xxxxxxxx1875
Po Box 6172
Rapid City, SD 57709

Dove Bird Trust, Ghandhari, Gamestani
14351 Redhill Ave. Suite G.
Tustin, CA 92780

Farmers Insurance
PO Box 0991
Carol Stream, IL 60132

Ferrari Financial Services, Inc.
85 Argonaut Suite 202
Aliso Viejo, CA 92656

First Data
Acct No xxxxxxxx9000
5565 Glenridge Connector Ne
Ste 2000
Atlanta, GA 30342

First Data
Acct No xxxxxxxx9000
5565 Glenridge Connector Ne
Ste 2000
Atlanta, GA 30342
```

```
First Data
Acct No xxxxxxxx9000
265 Broad Hollow R
Melville, NY 11747

First Data
Acct No xxxxxxxx9000
265 Broad Hollow R
Melville, NY 11747

Fitness Machine Technicians
9928 Kalahari Ct.
Las Vegas, NV 89149

General Anesthesia Specialists
8700 Beverly Blvd.
Los Angeles, CA 90048

Grant & Weber
Acct No xxxxxxxxxxxx2844
Attn: Bankruptcy
26610 Agoura Road, Suite 209
Calabasas, CA 91302

Grant & Weber
Acct No xxxxxxxxxxxx2844
Attn: Bankruptcy
26610 Agoura Road, Suite 209
Calabasas, CA 91302

Grant & Weber
Acct No xxxxxxxxxxxx2844
26610 Agoura Rd Suite 209
Calabasas, CA 91302

Grant & Weber
Acct No xxxxxxxxxxxx2844
26610 Agoura Rd Suite 209
Calabasas, CA 91302

Harry`s Auto Collision
1013 South La Brea Ave.
Los Angeles, CA 90019

IRS
PO Box 7346
Insolvency
Philadelphia, PA 19101-7346

Law Offices Alfred, Maroko & Goldberg
6300 Wilshire Blvd. Suite. 1500
Los Angeles, CA 90048
```

```
Law Offices of ClydeDeWitt, APC
2300 W. Sahara Ave. Suite 800
Las Vegas, NV 89102

Los Angeles Department of Water and Powe
PO Box 515407
Los Angeles, CA 90051-5700

Marquis & Aurbach
10001 Park Run Drive
Las Vegas, NV 89145

Mercedes-Benz Financial Services
Acct No xxxxxxxxx6001
Attn: Bankruptcy
Po Box 685
Roanoke, TX 76262

Mercedes-Benz Financial Services
Acct No xxxxxxxxx6001
Attn: Bankruptcy
Po Box 685
Roanoke, TX 76262

Mercedes-Benz Financial Services
Acct No xxxxxxxxx6001
P.o. Box 961
Roanoke, TX 76262

Mercedes-Benz Financial Services
Acct No xxxxxxxxx6001
P.o. Box 961
Roanoke, TX 76262

Mercury Insurance Company
PO Box 962
Coraopolis, PA 15108

Messner Reeves LLP
Ryan A. Loosvelt, Esq.
8945 W. Russell Road
Suite 300
Las Vegas, NV 89148

Metro Express Lane
PO Box 39110
Los Angeles, CA 90039

Midway Rent a Car, Inc
Molino & Berardino
4751 Wilshire Boulevard
Suite 207
Los Angeles, CA 90010
```

```
Mordo Suchov MD
201 S. Alvarado St. Suite 711
Los Angeles, CA 90057

Mr. Cooper
Acct No xxxxxxxx1478
Attn: Bankruptcy
Po Box 619098
Dallas, TX 75261

Mr. Cooper
Acct No xxxxxxxx1478
Attn: Bankruptcy
Po Box 619098
Dallas, TX 75261

Mr. Cooper
Acct No xxxxxxxx1478
8950 Cypress Waters
Coppell, TX 75019

Mr. Cooper
Acct No xxxxxxxx1478
8950 Cypress Waters
Coppell, TX 75019

North Las Vegas Animal Hospital
2437 E. Cheyenne Ave.
North Las Vegas, NV 89030

Northridge Emergency Medical
18300 Roscoe Blvd.
Northridge, CA 91325

Oasis Pool Maintenance
210 W. Foster Ave.
Henderson, NV 89011

Oceanbridge Law Firm, Macaulay Ekpenisi
14401 Victory Blvd. Suite 203
Sherman Oaks, CA 91413

Patenaude & Felix A.P.C
7271 W Charleston Blvd # 100
Las Vegas, NV 89117-1580

Piper Ferrari
3593 Biela Ave.
Las Vegas, NV 89120

Progressive Pest Control
6290 Harrison Dr. #2
Las Vegas, NV 89120
```

```
Providence Hospitals- CA
PO Box 1320
Southgate, MI 48195

Quashay Davis
Law Offices Allred, Maroko & Goldberg
6300 Wilshire Blvd
Suite 1500
Los Angeles, CA 90048

Reisman Sorokac
8965 S. Eastern Ave. #382
Las Vegas, NV 89123

Richard Scott, Esq., Molino & Berardino
4751 Wilshire Blvd. Suite 207
Los Angeles, CA 90010

Ronald Reagan UCLA Medical Center
10920 Wilshire Blvd. Suite 1600
Los Angeles, CA 90024

Rushmore Loan Mgmt Srvc
Acct No xxxxxxxxx6060
Attn: Bankruptcy
Po Box 55004
Irvine, CA 92619

Rushmore Loan Mgmt Srvc
Acct No xxxxxxxxx6060
Attn: Bankruptcy
Po Box 55004
Irvine, CA 92619

Rushmore Loan Mgmt Srvc
Acct No xxxxxxxxx6060
Pob 52708
Irvine, CA 92619

Rushmore Loan Mgmt Srvc
Acct No xxxxxxxxx6060
Pob 52708
Irvine, CA 92619

Select Portfolio Servicing, Inc
Acct No xxxxxxxxx2786
Attn: Bankruptcy
Po Box 65250
Salt Lake City, UT 84165

Select Portfolio Servicing, Inc
Acct No xxxxxxxxx2786
Attn: Bankruptcy
Po Box 65250
Salt Lake City, UT 84165
```

```
Select Portfolio Servicing, Inc
Acct No xxxxxxxxx2786
10401 Deerwood Park Blvd
Jacksonville, FL 32256

Select Portfolio Servicing, Inc
Acct No xxxxxxxxx2786
10401 Deerwood Park Blvd
Jacksonville, FL 32256

Selene Finance
Acct No xxxxxxxxx3228
Attn: Bankruptcy
Po Box 422039
Houston, TX 77242

Selene Finance
Acct No xxxxxxxxx3228
Attn: Bankruptcy
Po Box 422039
Houston, TX 77242

Selene Finance
Acct No xxxxxxxxx3228
9990 Richmond
Houston, TX 77042

Selene Finance
Acct No xxxxxxxxx3228
9990 Richmond
Houston, TX 77042

Sequoia Financial Services
1 Centerpointe Dr. Suite 450
La Palma, CA 90623

SoCal Gas
PO Box C
Monterey Park, CA 91756

Sparkletts
200 Eagles Landing Blvd.
Lakeland, FL 33810

Specialized Loan Servicing/SLS
Acct No xxxxxx8564
Attn: Bankruptcy
Po Box 636005
Littleton, CO 80163

Specialized Loan Servicing/SLS
Acct No xxxxxx8564
Attn: Bankruptcy
Po Box 636005
Littleton, CO 80163
```

```
Specialized Loan Servicing/SLS
Acct No xxxxxx8564
8742 Lucent Blvd
Highlands Ranch, CO 80129

Specialized Loan Servicing/SLS
Acct No xxxxxx8564
8742 Lucent Blvd
Highlands Ranch, CO 80129

Spectrum
P.O. Box 60074
City of Industry, CA 91716

Spring Valley Landscape
7300 Bosky Springs
Las Vegas, NV 89131

Steven D. Silverstein
14351 Redhill Ave. Suite G.
Tustin, CA 92780

Suntrust Bank
Acct No xxxxxxxxx9371
Attn: Bankruptcy
Mailcode VA-RVW-6290  POB 8509
Richmond, VA 23286

Suntrust Bank
Acct No xxxxxxxxx9371
Attn: Bankruptcy
Mailcode VA-RVW-6290  POB 8509
Richmond, VA 23286

Suntrust Bank
Acct No xxxxxxxxx9371
Po Box 85526
Richmond, VA 23285

Suntrust Bank
Acct No xxxxxxxxx9371
Po Box 85526
Richmond, VA 23285

T-Mobile
PO Box 53410
Bellevue, WA 98015

Tarazana Hospitalist Medical Co
PO Box 1133
Studio City, CA 91614
```

```
Td Auto Finance
Acct No xxxxxx7285
Attn: Bankruptcy
Po Box 9223
Farmington Hills, MI 48333

Td Auto Finance
Acct No xxxxxx7103
Attn: Bankruptcy
Po Box 9223
Farmington Hills, MI 48333

Td Auto Finance
Acct No xxxxxx7285
Attn: Bankruptcy
Po Box 9223
Farmington Hills, MI 48333

Td Auto Finance
Acct No xxxxxx7103
Attn: Bankruptcy
Po Box 9223
Farmington Hills, MI 48333

Td Auto Finance
Acct No xxxxxx7285
Po Box 9223
Farmington, MI 48333

Td Auto Finance
Acct No xxxxxx7103
Po Box 9223
Farmington, MI 48333

Td Auto Finance
Acct No xxxxxx7285
Po Box 9223
Farmington, MI 48333

Td Auto Finance
Acct No xxxxxx7103
Po Box 9223
Farmington, MI 48333

The Bloomfirm Attorneys at Law, Lisa
26565 Agoura Rd. Suite 200
Calabasas, CA 91302

The Langsdale Law Firm
1800 East Sahara Avenue
Ste 103
Las Vegas, NV 89140
```

Thermal Relief Studio
730 W. Cheyenne Ave.
North Las Vegas, NV 89030

Timothy J. Silvermann (Bar#145264)
Sheer Law Group LLC.
85 Argonaut Suite 202
Aliso Viejo, CA 92656

US Bank
P.O. Box 5227
Cincinnati, OH 45202

Veterinary Emergency & Critical Care
8650 W. Tropicana Ave. #104
Las Vegas, NV 89147

Vickie Brooks
3216 Dayflower St. Unit D
Las Vegas, NV 89121

VIP Urgent Care
18751 Ventura Blvd. Suite 100
Tarzana, CA 91356

Wells Fargo Bank NA
Acct No xxxxxxxxx5472
Attn: Bankruptcy
1 Home Campus Mac X2303-01a
Des Moines, IA 50328

Wells Fargo Bank NA
Acct No xxxxxxxxx5472
Attn: Bankruptcy
1 Home Campus Mac X2303-01a
Des Moines, IA 50328

Wells Fargo Bank NA
Acct No xxxxxxxxx5472
P.o. Box 10328
Des Moines, IA 50306

Wells Fargo Bank NA
Acct No xxxxxxxxx5472
P.o. Box 10328
Des Moines, IA 50306

Western Door & Gate
675 Grier Dr.
Las Vegas, NV 89119

Windstream Holdings
PO Box 404116
Louisville, KY 40233